IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01741-MSK

DANIEL A. SANCHEZ III, and
VIVIAN ROBLES,

    Plaintiffs,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on July 19, 2013, (**Doc. #24**), it is

ORDERED that the Commissioner of Social Security's decision is AFFIRMED, and the case is closed. Judgment is entered in favor of Defendant Commissioner, and against Plaintiffs Sanchez and Robles.

Dated at Denver, Colorado this 19th day July, 2013.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler
                Deputy Clerk